UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANUEL CUETO-REYES, GEORGE MURILLO, MARTIN HERALDEZ and CARLOS ARANCIBIA,<br><br>Plaintiff,<br><br>vs.<br><br>ALL MY SONS MOVING COMPANY OF LV, etc., *et al.*,<br><br>Defendant, | 2:09-cv-2299-ECR-RJJ<br><br>O R D E R |

On August 28, 2010, the Court inadvertently denied as moot a Motion to Withdraw as Counsel (#29) for Plaintiff Carlos Arancibia. *See*, Order (#31). Good cause appearing therefore,

IT IS HEREBY ORDERED that the Court's Order (#31) denying the Motion to Withdraw as Counsel (#29) for Plaintiff Carlos Arancibia is **VACATED.**

IT IS FURTHER ORDERED that a hearing on the Motion to Withdraw as Counsel (#29) for Plaintiff Carlos Arancibia is scheduled for September 23, 2010, at 10:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada, before the undersigned Magistrate Judge.

IT IS FURTHER ORDERED that Plaintiff Carlos Arancibia must be present in Court for this hearing. Plaintiff is advised that failure to appear may result in an order to show cause being issued by the Court.

IT IS FURTHER ORDERED that counsel for Plaintiff Carlos Arancibia shall serve a copy of this Order and a copy of the Motion to Withdraw (#29) on the Plaintiff, Carlos Arancibia

by personal service, or service by certified mail, return receipt requested. There are NO EXCEPTIONS to this service requirement. Proof of compliance with the aforementioned service requirements must be filed with the Court prior to the scheduled hearing.

DATED this 31st day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -